## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In Re: CLARENCE E. DAVIS**                                          **CHAPTER 13**
                                                                      **NO. 15-13760 JDW**

### MOTION REQUESTING SUBSTITUTION OF COUNSEL BY DEBTOR

COMES NOW, CLARENCE E. DAVIS, Debtor in this above-styled Chapter 13 Proceeding, and moves the Court an order authorizing Robert Gambrell and the firm of Gambrell & Associates, PLLC, to be substituted as counsel for Peggy Hodges, respectfully showing unto the Court as follows:

1. Counsel for Debtor, Peggy Hodges.

2. Debtor requests that Robert Gambrell, Gambrell & Associates, PLLC, be substituted as counsel for Debtor

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Court will enter its order authorizing Robert Gambrell and the firm of Gambrell & Associates, PLLC to be substituted as counsel for Peggy Hodges in the above bankruptcy proceeding and that any attorney's fees that are to be paid through the Chapter 13 Plan should be paid to Robert Gambrell. Applicant prays for such other, further and general relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

By: /s/ Robert Gambrell
ROBERT GAMBRELL, Proposed Counsel
fo Debtor, MSB # 4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D Britt Sr., Blvd., Ste. 3
Oxford, MS 38655
(662) 281-8800 / Fax: (662) 202-1004
rg@ms-bankruptcy.com

## CERTIFICATE OF SERVICE

    I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Motion Requesting Substitution of Counsel by Debtor:

    David W. Asbach, Acting U. S. Trustee

    Locke D. Barkley, Chapter 13 Trustee

    and to all parties that have entered an appearance requesting service via ECF

    Dated this the 28th day of December, 2018.

    /s/ Robert Gambrell
    ROBERT GAMBRELL
    GAMBRELL & ASSOCIATES, PLLC
    101 Ricky D Britt Sr., Blvd., Ste. 3
    Oxford, MS 38655
    (662) 281-8800 / Fax: (662) 202-1004
    MS STATE BAR #4409